**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Daniel BERNARDINO, Defendant–
Appellant.**

**No. 13–10406.**

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2013.

Brian W. Mckay, Esq., U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Daniel Bernardino, FCI Yazoo City Medium, Yazoo City, MS, pro se.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

Daniel Bernardino, federal prisoner # 39031–177, requests a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2255 motion challenging his 78–month term of imprisonment for smuggling goods from the United States in violation of 18 U.S.C. § 554(a).

"This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007). Because Bernardino did not file a timely notice of appeal, his appeal is dismissed for lack of jurisdiction. *See id.*

COA DENIED. APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.